## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

KRISTOFER SMITH,
    Plaintiff,

v.                                  Case No. 8:11-cv-239-T-26TBM

VIKING COLLECTION SERVICE, INC.,
Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

      Plaintiff, **KRISTOFER SMITH**, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                                  Respectfully submitted,

                                                     s/ G. Donald Golden
                                        G. DONALD GOLDEN, ESQUIRE
                                        Florida Bar No. 0137080
                                        E-Mail: don@brandonlawyer.com
                                        JOSEPH B. BATTAGLIA, ESQUIRE
                                        Florida Bar No. 0058199
                                        E-Mail: joe@brandonlawyer.com
                                        DAVID S. BROMLEY, ESQUIRE
                                        Florida Bar No. 0155349
                                        E-Mail: david@brandonlawyer.com
                                        THE GOLDEN LAW GROUP
                                        808-A Oakfield Drive
                                        Brandon, Florida   33511
                                        Telephone:  (813) 413-8700
                                        Facsimile:   (813) 413-8701
                                        Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing **NOTICE OF PENDING SETTLEMENT** has been provided via regular U.S. mail, postage prepaid, or electronically, to the following; on this  29th  day of  March  , 2011.

Viking Collection Service Inc., ATTN: Doug Boyum, Asst. V. P., PO Box 59207 Minneapolis, MN 55459

                                                             s/ G. Donald Golden
                                          G. DONALD GOLDEN, ESQUIRE
                                          JOSEPH B. BATTAGLIA, ESQUIRE
                                          DAVID S. BROMLEY, ESQUIRE
                                          THE GOLDEN LAW GROUP