**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

KRISTOFER SMITH,
   Plaintiff(s),

    v.                                CASE NO: 8:11-cv-239-T-26TBM

VIKING COLLECTION SERVICE, INC.,
   Defendant(s).
_____/

**Plaintiff's Notice of Voluntary Dismissal with Prejudice**

    COMES NOW the Plaintiff, KRISTOFER SMITH, through and by his undersigned attorney, voluntarily discontinues the above entitled action and dismisses the Complaint with prejudice.

Dated:    June 15, 2011        Respectfully submitted,

                                                /s/ G. Donald Golden
                                        G. DONALD GOLDEN, ESQUIRE
                                        Florida Bar No. 0137080
                                        E-Mail: don@brandonlawyer.com
                                        JOSEPH B. BATTAGLIA, ESQUIRE
                                        Florida Bar No. 0058199
                                        E-Mail: joe@brandonlawyer.com
                                        DAVID S. BROMLEY, ESQUIRE
                                        Florida Bar No. 0155349
                                        E-Mail: david@brandonlawyer.com
                                        THE GOLDEN LAW GROUP
                                        808-A Oakfield Drive
                                        Brandon, Florida  33511
                                        Telephone:  (813) 413-8700
                                        Facsimile:   (813) 413-8701
                                        Attorneys for Plaintiff